```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

JENNIFER ANNE CINQUEMANI,

              Plaintiff,

   - against –

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

───────────────────────────────

24-cv-6258 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    By Order dated August 20, 2024, the Court referred this case to Magistrate Judge Stewart D. Aaron.

    To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby **ORDERED** that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

    If both parties consent to proceed before the Magistrate Judge, counsel for the defendant should file a letter with the Court, with an attached fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, the blank form for which is attached to this Order (and also available at: https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before this Court. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, defendant's counsel shall file a letter advising the Court that the parties do not consent, <u>but without disclosing the identity of the party or parties who do not consent.</u> **<u>The parties are free to withhold consent without negative consequences.</u>**

The Clerk of Court is directed to send a copy of this Order to the <u>pro se</u> plaintiff at the address listed on the docket.

**SO ORDERED.**

**Dated:    New York, New York**
**         August 20, 2024**

                                                       /s/ John G. Koeltl
                                                          **John G. Koeltl**
                                       **United States District Judge**