# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/18/2024

November 15, 2024

**APPLICATION GRANTED**
Hon. Stewart D. Aaron, U.S.M.J.
Dated: November 18, 2024

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Cinquemani v. Commissioner of Social Security,*
                Civil Action 1:24-cv-06258-SDA

Dear Judge Aaron,

    We write on behalf of plaintiff, Jennnifer Anne Cinquemani, and with the consent of the defendant, to request an extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on November 20, 2024, per the Court's August 20, 2024 Standing Scheduling Order.

    Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file her motion for judgment on the pleadings on or before: **February 18, 2025**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **May 19, 2025**; and

3. Plaintiff to file her reply, if any, on or before: **June 2, 2025.**

---

43 West 43rd Street, Suite 131    Telephone 212-725-9800    osbornlawpc.com
New York, New York 10036    Facsimile  212-500-5115    info@osbornlawpc.com

Honorable Stewart D. Aaron
November 15, 2024
Page 2

    Thank you for your consideration of this request.

                      Respectfully submitted,

                      s/Daniel A. Osborn
                      Daniel A. Osborn
                      OSBORN LAW, P.C.
                      43 West 43rd Street, Suite 131
                      New York, New York 10036
                      Telephone:   212-725-9800
                      Facsimile:    212-500-5115
                      dosborn@osbornlawpc.com

cc: Heather Sertial, Esq. (by ECF)