# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com



February 18, 2025

**VIA ECF**

Application GRANTED. SO ORDERED.
Dated: February 18, 2025

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Cinquemani v. Commissioner of Social Security,*
              Civil Action 1:24-cv-06258-SDA

Dear Judge Aaron,

     We write on behalf of plaintiff, Jennnifer Anne Cinquemani, and with the consent of the defendant, to request a 30-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due today, February 18, 2025, per the Court's November 18, 2024 Order granting Motion for Extension of Time. The Plaintiff requests this extension due to a heavy caseload in the following weeks.

     Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file her motion for judgment on the pleadings on or before: **March 20, 2025**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **June 18, 2025**; and

3. Plaintiff to file her reply, if any, on or before: **July 2, 2025.**

Honorable Stewart D. Aaron
February 18, 2025
Page 2

      Thank you for your consideration of this request.

      Respectfully submitted,

      s/Daniel A. Osborn
      Daniel A. Osborn
      OSBORN LAW, P.C.
      43 West 43rd Street, Suite 131
      New York, New York 10036
      Telephone:   212-725-9800
      Facsimile:   212-500-5115
      dosborn@osbornlawpc.com

cc: Heather Sertial, Esq. (by ECF)