# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                     dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

March 18, 2025

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/18/2025
>
> **APPLICATION GRANTED**
> *[signature]*
> Hon. Stewart D. Aaron, U.S.M.J.
> Dated: March 18, 2025

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *Cinquemani v. Commissioner of Social Security,*
                 <u>Civil Action 1:24-cv-06258-SDA</u>

Dear Judge Aaron,

      We write on behalf of plaintiff, Jennnifer Anne Cinquemani, and with the consent of the defendant, to request a 14-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due today, March 20, 2025, per the Court's February 18, 2025 Order granting Motion for Extension of Time. The Plaintiff requests this extension due to a heavy caseload in the next two weeks.

      Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file her motion for judgment on the pleadings on or before: **April 3, 2025**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **July 2, 2025**; and

3. Plaintiff to file her reply, if any, on or before: **July 16, 2025.**

---

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036         Facsimile 212-500-5115      info@osbornlawpc.com

Honorable Stewart D. Aaron
March 18, 2025
Page 2

      Thank you for your consideration of this request.

      Respectfully submitted,

      s/Daniel A. Osborn
      Daniel A. Osborn
      OSBORN LAW, P.C.
      43 West 43rd Street, Suite 131
      New York, New York 10036
      Telephone:  212-725-9800
      Facsimile:  212-500-5115
      dosborn@osbornlawpc.com

cc: Heather Sertial, Esq. (by ECF)