UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jennifer Anne Cinquemani,

                Plaintiff,

-against-

Commissioner of Social Security,

                Defendant.

1:24-cv-06258 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's motion for attorney's fees, as well as the accompanying memorandum in support of the motion. (Mot., ECF No. 24; Mem., ECF No. 25.) It is hereby ORDERED that Defendant shall respond to Plaintiff's Motion no later than December 1, 2025.

SO ORDERED.

Dated:     New York, New York
            November 20, 2025

_____
STEWART D. AARON
United States Magistrate Judge